No. 385. DANIMAN ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want

934

of a properly presented federal question. MR. JUSTICE BLACK would hold this case for the decision in No. 466, *Slochower v. Board of Higher Education of the City of New York* [probable jurisdiction noted, *post,* p. 935]. *Harold I. Cammer* and *Paxton Blair* for appellants. *Daniel T. Scannell* and *Helen R. Cassidy* for appellees.